BGWW#: 112834

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:                                                          Case No. 10-26574-NVA

KEVIN M. BLUMBERG
AKA KEVIN MARC BLUMBERG
    Debtor                                              Chapter 7
_____

SUNTRUST MORTGAGE, INC.
    Movant
vs.
KEVIN M. BLUMBERG
AKA KEVIN MARC BLUMBERG
    Debtor/Respondent
and
CHARLES GOLDSTEIN
    Trustee/Respondent
_____

## MOTION FOR RELIEF FROM AUTOMATIC STAY

    COMES NOW, SunTrust Mortgage, Inc., ("Movant"), by and through counsel, and respectfully represents as follows:

    1.  Jurisdiction is based on 11 U.S.C. § 362(d)-(f) of the United States Bankruptcy Code.

    2.  Movant is a mortgage lender/servicer.

    3. On or about July 23, 2010, Kevin M. Blumberg aka Kevin Marc Blumberg ("Debtor") filed a Voluntary Petition in this Court under Chapter 7 of the United States Bankruptcy Code.

    4.   Charles Goldstein is the Trustee of the Debtor's estate.

    5.  At the time of the initiation of these proceedings the Debtor owned a parcel of real estate located in Baltimore County, Maryland and improved by a residence known as 3603 Gwynnbrook Avenue, Owings Mills, MD   21117 (the "Property").

    6.  The Property is encumbered by a Deed of Trust securing the Movant, and recorded among the land records of the aforesaid county.   A copy of this Deed of Trust is attached.

    7.  The Deed of Trust secures payment of a Promissory Note now payable to Movant, a copy of which is attached.

    8.  The amount due under the Deed of Trust securing the Note payable to Movant as of August 13, 2010 is approximately $351,545.23, plus per diem interest and attorney's fees and court costs related to the present motion for relief from automatic stay.

    9.  Debtor is contractually due for June 01, 2010 and every payment thereafter.   More specifically, the Debtor is due the June 01, 2010 payment through August 01, 2010 payments in the approximate amount of $1,633.66 each, plus late charges and attorney fees and costs incurred with the filing of the present motion.   An Arrearage Worksheet is attached which lists both the Debtor's pre-petition and post-petition amounts due.

10. The Debtor is in default under the Deed of Trust. The Movant has accelerated the entire balance of the Note and Deed of Trust, interest continues to accrue on a daily basis.

11. The Movant and Debtor entered into a Loan Modification Agreement. The Debtor defaulted under the terms of the Loan Modification Agreement.

12. The approximate total debt as of August 13, 2010 is as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $347,979.16 |
| Interest @ 2.000 through last paid installment | $1,968.72 |
| Late Fees | $52.69 |
| Escrow Advance Balance | $1,544.66 |
| Corporate Advance Balance | $0.00 |
| Less:   Suspense Balance | $0.00 |
| Total: | $351,545.23 |

13. The Movant lacks adequate protection of its interest in the Property.

14. The Movant has been and continues to be irreparably injured by the stay of Section 362(a) and cause exists for termination of the automatic stay so as to enable the Movant to enforce its rights under its Note, Deed of Trust, and state law.

WHEREFORE, the Movant prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362 of the

2. Grant such other and further relief as may be just and necessary.

Dated: August 23, 2010

Respectfully Submitted,
Bierman, Geesing, Ward & Wood, LLC

  /s/ Kevin Feig
Kevin Feig, MD Fed. Bar No. 15202
Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814
(301) 961-6555
(301) 961-6491 (facsimile)
bankruptcy@bgw-llc.com
*Attorney for the Movant*

  /s/ Adam M. Lynn, Esq.
Adam M. Lynn, Esq., Fed. Bar No. 29254
Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814
(301) 961-6555
(301) 961-6491 (facsimile)
bankruptcy@bgw-llc.com
*Attorney for the Movant*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of August, 2010, the following person(s) were served electronically via the CM/ECF system or were mailed a copy of the foregoing Motion for Relief from Automatic Stay, by first class, postage prepaid, to:

Charles Goldstein, Trustee
1 East Pratt Street, Suite 800
Baltimore, MD 21202

Gerald Danoff, Esq.
409 Washington Avenue
Suite 810
Towson, MD 21204

Kevin M. Blumberg aka Kevin Marc Blumberg
3603 Gwynnbrook Avenue
Owings Mills, MD 21117

                                               /s/ Kevin Feig, Esq.
                                               Kevin Feig