**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| KEVIN M. BLUMBERG | * | Case No. 10-26574-NVA |
| AKA KEVIN MARC BLUMBERG | | |
|     Debtor | * | |
| | | |
| * * * * * * * * * * * | * | Chapter 7 |
| | | |
| SUNTRUST MORTGAGE, INC. | * | |
| | | |
|     Movant | * | |
| vs. | | |
| KEVIN M. BLUMBERG | * | |
| AKA KEVIN MARC BLUMBERG | | |
|     Debtor | * | |
| | | |
| And | * | |
| CHARLES GOLDSTEIN | | |
|     Trustee/Respondent | * | |
| | | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

**ANSWER TO MOTION FOR RELIEF FROM STAY**

Now comes the Debtor, Kevin M. Blumberg, aka Kevin Marc Blumberg, by his attorneys Gerald Danoff. and Danoff & King, P.A., and files this Answer to Motion for Relief From Stay and in support thereof states:

1. The allegations contained in Paragraph 1 are admitted

2. The allegations contained in Paragraph 2 are admitted.

3. The allegations contained in Paragraph 3 are admitted

4. The allegations contained in Paragraph 4 are admitted

5. The allegations contained in Paragraph 5 are admitted

6. The allegations contained in Paragraph 6 are admitted.

7. The allegations contained in Paragraph 7 are admitted.

8. The allegations contained in Paragraph 8 are denied.

9. The allegations contained in Paragraph 9 are denied.

10. The allegations contained in Paragraph 10 are denied.

11. The allegations contained in Paragraph 11 are denied.

12. The allegations contained in Paragraph 12 are denied.

13. The allegations contained in Paragraph 13 are denied.

14. The allegations contained in Paragraph 14 are denied.

**WHEREFORE**, Debtor, Kevin M. Blumberg, aka Kevin Marc Blumberg prays that this Court denies Movant's Motion For Relief.

Dated: August 30, 2010                                    Respectfully Submitted,


/s/ Gerald Danoff
Gerald Danoff  #01244
Danoff & King, P.A.
409 Washington Ave., Suite 810
Towson, Maryland 21204
(410) 583-1686
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __30th__ day of <u>August</u>, 2010, a copy of the foregoing Answer to Motion For Relief From Stay was mailed first class, postage prepaid mail, or via CMECF electronic mail, to:

Kevin Feig
Adam M. Lynn
Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814
**Attorneys for Movant**

Charles Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, MD 21202
**Chapter 7 Trustee/Respondent**

/s/ Gerald Danoff
Gerald Danoff