IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| KEVIN MARC BLUMBERG | | Case No.   10-26574 |
| | * | |
| Debtor(s) | | Chapter 7 |
| | * | |

\* * * * * * * * * * * * *

## DESIGNATION AS ASSET CASE AND
## REQUEST TO SET CLAIMS BAR DATE

Charles R. Goldstein, Trustee in the above captioned case, reports that he has reviewed the schedules and statements of the debtor(s) and/or questioned the debtor(s) and believes this case contains assets administrable for the benefit of creditors of the estate.

The Trustee requests that the Bankruptcy Court notify creditors to file proof of claims pursuant to 11 U.S.C. section 501 and Federal Rule of Bankruptcy Procedure 3002.

DATE: September 15, 2010

/S/ Charles R. Goldstein
Charles R. Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, MD  21202
(410) 454-6800
md-bank@protiviti.com

cc:   Debtor(s)
      Debtor(s)' Counsel
      U.S. Trustee

Kevin Marc Blumberg
3603 Gwynnbrook Ave.
Owings Mills, MD 21117

Gerald Danoff
Danoff, King & Hofmeister, PA
Suite 810
409 Washington Ave.
Towson, MD 21204

Office of the US Trustee
101 W. Lombard St., Suite 2625
Baltimore, MD 21201