B6C (Official Form 6C) (04/10)

In re  Kevin Marc Blumberg
        Debtor

Case No. 10-26574
(If known)

*Amended*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 3603 Gwynnbrook Ave | (Husb)Greenblatt v. Ford | 155,000.00 | 495,000.00 |
| cash | (Husb)Greenblatt v. Ford | 50.00 | 50.00 |
| Personal items & effects | (Husb)Greenblatt v. Ford | 6,000.00 | 6,000.00 |
| Wearing apparel | (Husb)Md.Cts & Jud. Proc. Code § 11-504(b)(4) | 300.00 | 300.00 |
| 2008 toyota Highlander | (Husb) Md.Cts & Jud. Proc. Code § 11-504(b)(5) | 6,000.00 | 17,000.00 |
|  | (Husb)Md.Cts & Jud. Proc. Code § 11-504(f) | 5,000.00 |  |
| fax laptop desk | (Husb)Greenblatt v. Ford | 50.00 | 50.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07) – Cont.

**AMENDED**

In re  Kevin Marc Blumberg                    ,     Case No.  10-26574
              Debtor                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Sun Trust Bank  P.O. Box 26202  Richmond, VA 23260-6202 | | | Lien: Second Mortgage  Security: 3603 Gwynnbrook  VALUE $  450,000.00 | | | X | 62,000.00 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page) $ 62,000.00  $ 0.00

Total(s) (Use only on last page) $ 412,269.86  $ 0.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)

AMENDED

In re  Kevin Marc Blumberg  
        Debtor

Case No. 10-26574  
    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Albert Harris<br>3622 Anton Farms Road<br>Baltimore, MD 21208 | | H | Consideration: business debt | | X | | Unknown |
| ACCOUNT NO.<br>American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | H | Consideration: Credit card debt | | X | | 5,479.00 |
| ACCOUNT NO.<br>Chase<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | | H | Consideration: Credit card debt | | X | | 5,300.00 |
| ACCOUNT NO.<br>Citi Card<br>P.O. Box 183051<br>Columbus, Ohio 43218 | | H | Consideration: Credit card debt | | X | | 11,241.00 |

_2_ continuation sheets attached

Subtotal ▶    $   22,020.00

Total ▶    $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re   Kevin Marc Blumberg                             ,        Case No.  10-26574
              Debtor                                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Clipper City Holdings, LLC C/O Robert Hirsch Jr RA 3117 E. Joppa Road Baltimore, MD 21234 | | H | Consideration: business debt | | | | 0.00 |
| ACCOUNT NO. G E Money Bank P.O.Box 960061 Orlando, FL 32896 | | H | Consideration: Credit card debt | | X | | 2,351.00 |
| ACCOUNT NO. Joseph Driver 3301 Clipper Mill Road Manchester, MD 21102 | | H | Consideration: business debt | | X | | Unknown |
| ACCOUNT NO. Kevin Stander C/O Shannon Posner 913 Rigdebrook Road Sparks, MD 21152 | | H | Consideration: business debt | | X | | 11,000.00 |
| ACCOUNT NO. Lendmark Financial Services 250 Englar Rd Unit 16 Westminister, MD 21157 | | H | Consideration: business debt | | X | | 1,500.00 |

Sheet no. 1  of 2   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  14,851.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*AMENDED*

In re  Kevin Marc Blumberg ,  Case No. 10-26574
          Debtor           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Patapsco Bank<br>C/O Cornelia Koetter<br>502 Washington Ave<br>Towson, MD 21204 | | H | Consideration: business debt | | X | | Unknown |
| ACCOUNT NO.<br>Robert Hirsh Jr<br>3117 E. Joppa Road<br>Baltimore, MD 21234 | | H | Consideration: business debt | | X | | Unknown |
| ACCOUNT NO.<br>Sheffield Financial<br>P.O.Box 1704<br>Clemmons, NC 27012 | | H | Consideration: Deficiency | | X | | Unknown |
| ACCOUNT NO.<br>Short Term Funding LLC<br>3622 Anton Farms Road<br>Baltimore, MD 21208 | | H | Consideration: business debt | | X | | Unknown |
| ACCOUNT NO.<br>Sprint<br>P.O.Box 105243<br>Atlanta, GA 30348-5243 | | H | Consideration: Revolving charge account | | X | | 480.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 480.00

Total ▶ $ 37,351.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)