IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| **KEVIN MARC BLUMBERG** | * | Case No. 10-26574-NVA |
| | * | |
| | * | Chapter 7 |
| Debtor (s) | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL A VEHICLE</u>

Charles R. Goldstein, Chapter 7 Trustee ("Trustee") of the estate of Kevin Marc Blumberg (the "Debtor"), respectfully files this Chapter 7 Trustee's Motion for Authority To Sell Vehicle (the "Motion") pursuant to §§105, 363(b) and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure, and for cause states as follows:

1. On July 23, 2010, the Debtor filed a Voluntary Petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code.

2. The relief sought in the Motion is based upon §§105, 363(b) of title 11 of the United States Bankruptcy Code ( the "Bankruptcy Code"), Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure 6004-1 and 6006-1(a).

3. Charles R. Goldstein was appointed Interim Trustee by the United States Trustee for Region Four. He has accepted that appointment, has qualified and is acting in that capacity.

4. The original section 341 meeting of creditors was held on September 1, 2010.

5. Debtor scheduled as an asset a 2008 Toyota Prius (the "vehicle").

6. Upon information and belief, the vehicle is owned by the Debtor, free and clear of liens.

7. According the Debtor's amended schedules; the Debtor has claimed no exemptions relating to the vehicle.

8. The Debtor had valued the vehicle at $11,600.00 on his schedules.

9. The Trustee has had the vehicle evaluated by R&H Toyota ("R&H"). R&H valued the vehicle at less than good condition as the vehicle has 58,000 miles, which is high for a two year old car, and it only has a 60,000 warranty.

10. R&H has offered to purchase the vehicle for $10,000, which the Trustee believes is a fair offer for a vehicle in that condition. A copy of the written offer is attached hereto as Exhibit "A".

11. The Trustee found no other interested purchaser.

12. The Trustee is seeking the authority to have the discretion to move forward with the sale of the vehicle as the Trustee has determined that the sale would be in the best interest of the creditors and the estate.

13. The Trustee believes the purchase price is fair and reasonable and that a quick sale is in the best interest of the estate.

### No memorandum

14. Pursuant to Bankruptcy Rule 9013-2, the Trustee is not filing a memorandum to support and will rely solely upon the Motion as filed.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an order authorizing the sale of the vehicle, and for such other and further relief as the Court deems necessary and appropriate.

Respectfully Submitted,
Chapter 7 Trustee

Dated: November 1, 2010

/s/Charles Goldstein
Charles R. Goldstein, Trustee
1 East Pratt Street, Suite 800
Baltimore, MD 21202
Ph: (410) 454-6830
Fax: (410) 454-6801
md-bank@protiviti.com